FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRISCILLA N. PERRIN, an individual,<br><br>               Plaintiff,<br><br>     v.<br><br>REALPAGE INC., A Texas corporation doing business as On-Site,<br><br>               Defendant. | No. 2:21-cv-00261-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 12, requesting the Court dismiss with prejudice all claims in this matter. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 12**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

     **5.**     The Clerk's Office is directed to **CLOSE** this file.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

     **DATED** this 25th day of May 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2